THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARK ALFREDO LEZAMA,<br><br>　　　　　　Defendant. | CASE NO. CR22-0122-JCC-2<br><br>ORDER |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 70), to which there has been no timely objection, and subject to consideration of the plea agreement under Federal Rule of Criminal Procedure 11, hereby accepts Defendant's plea of guilty to the offense contained in Count 1 of the Indictment, and Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 17th day of July 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR22-0122-JCC-2
PAGE - 1