Mohammed Zafaranchi
88 Havenwood
Irvine, CA 92614
Defendant, filing pro se pending leave

FILED (DROP BOX)

JUL 01 2025

THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | Case No.: CR22-122-JCC |
|---|---|
| Plaintiff, | |
| v. | **MOTION FOR LEAVE TO FILE PRO SE MOTIONS REGARDING THE SPEEDY TRIAL ACT** |
| MOHAMMED ZAFARANCHI, | |
| Defendant. | NOTE ON MOTION CALENDAR: JULY 1, 2025 |

**Notice:** This motion is filed concurrently with Defendant's Motion to Dismiss Under the Speedy Trial Act and Motion to Expedite Briefing Schedule.

NOW COMES the Defendant, Mohammed Zafaranchi, appearing pro se, and respectfully requests that this Honorable Court grant leave to file a **Motion to Dismiss under the Speedy Trial Act (18 U.S.C. § 3161)**, despite currently being represented by counsel.

**In Support, Defendant States:**

1. Defendant is represented by counsel who has declined to file a motion to dismiss for violations of the Speedy Trial Act.

*(U.S. v. MOHAMMED ZAFARANCHI, CR22-122-JCC) - 1*

2. Defendant believes that more than seventy (70) non-excludable days have elapsed in violation of the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), based on the procedural history of this case, and seeks to preserve this issue for the record and any potential future review.

3. Counsel's decision not to file may result in the **waiver** or **forfeiture** of statutory rights under the Speedy Trial Act, thereby causing potential **prejudice** to Defendant's liberty interests.

4. The requested motion is narrow, fact-based, and not intended to delay or disrupt proceedings, but solely to **protect Defendant's rights** and preserve legitimate appellate issues.

5. Because hybrid representation is generally disallowed, Defendant respectfully requests leave of Court to file not only the instant motion but also all pro se motions, replies, and related documents concerning the Speedy Trial Act, including but not limited to the Motion to Dismiss, Emergency Motion to Stay, reply briefs, and any necessary emergency applications to this Court or to the Ninth Circuit, to the extent counsel declines to file such documents on Defendant's behalf.

The Ninth Circuit has recognized that, while hybrid representation is not generally permitted, a district court has discretion to allow limited pro se filings on discrete issues where counsel refuses to file and the defendant seeks to

*(U.S. v. MOHAMMED ZAFARANCHI, CR22-122-JCC) - 2*

preserve important statutory rights. See United States v. Williams, 791 F.2d 1383, 1389 (9th Cir. 1986).

Defendant further acknowledges that he previously sought a continuance due to health issues, as documented by two separate medical professionals. The Court denied that request. Defendant respectfully notes that preparing and filing this pro se motion, as well as any intended Speedy Trial Act motion, was undertaken out of necessity and with considerable difficulty, solely to preserve statutory rights that would otherwise be permanently forfeited. This filing should not be interpreted as evidence that Defendant's health has materially improved or that he is fully able to participate in a complex jury trial at this time.

WHEREFORE, the Defendant respectfully asks this Honorable Court to grant leave to file pro se all motions, replies, and related documents concerning the Speedy Trial Act (18 U.S.C. § 3161), including but not limited to the Motion to Dismiss, Emergency Motion to Stay, reply briefs, and any necessary emergency applications, to the extent counsel declines to file such documents.

DATED this 1st day of July 2025.

Respectfully submitted,

/s/ Mohammed Zafaranchi,
Mohammed Zafaranchi
Defendant (pro se filing pending Court approval)
88 Havenwood, Irvine CA 92614

*(U.S. v. MOHAMMED ZAFARANCHI, CR22-122-JCC)* - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July, 2025, I caused a true and correct copy of the foregoing to be served as follows:

**By hand-delivery to:**

United States Attorney's Office – Western District of Washington

Attn: Seth C. Wilkinson, Lauren Watts Staniar, and Dane A. Westermeyer

700 Stewart Street, Suite 5220

Seattle, WA 98101

**By email to Defendant's counsel of record:**

David Z. Chesnoff – dzchesnoff@cslawoffice.net

Richard A. Schonfeld – rschonfeld@cslawoffice.net

Mark N. Bartlett – MarkBartlett@dwt.com

Dated: July 1, 2025

Respectfully submitted,
/s/ Mohammed Zafaranchi
Mohammed Zafaranchi
88 Havenwood
Irvine, CA 92614

*(U.S. v. MOHAMMED ZAFARANCHI, CR22-122-JCC)* - 4

# EXHIBIT A

Case 2:22-cr-00122-JCC    Document 180    Filed 07/01/25    Page 5 of 7

THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED ZAFARANCHI,<br><br>Defendant. | Case No.: CR22-122-JCC<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE PRO SE MOTIONS REGARDING THE SPEEDY TRIAL ACT** |

The Court has considered the motion of Defendant Mohammed Zafaranchi, seeking leave to file pro se motions, replies, and related documents concerning the Speedy Trial Act (18 U.S.C. § 3161), notwithstanding current representation by counsel.

The Court finds that, for good cause shown and to preserve Defendant's statutory rights, the motion should be granted to the extent that counsel declines to file such motions on Defendant's behalf.

IT IS HEREBY ORDERED THAT:

*(U.S. v. MOHAMMED ZAFARANCHI, CR22-122-JCC)* - 1

1. Defendant Mohammed Zafaranchi is granted leave to file pro se motions, replies, and related documents concerning alleged violations of the Speedy Trial Act, 18 U.S.C. § 3161;

2. This leave includes, but is not limited to, the Motion to Dismiss, Emergency Motion to Stay, reply briefs, and any necessary emergency applications to this Court or the Ninth Circuit;

3. This leave is granted only for filings related to the Speedy Trial Act and only to the extent that counsel declines to file such documents on Defendant's behalf.

IT IS SO ORDERED.

DATED this ___ day of _____, 2025.

JOHN C. COUGHENOUR
United States District Judge

Presented by:

/s/ Mohammed Zafaranchi,
Mohammed Zafaranchi
Defendant (pro se filing pending Court approval)

*(U.S. v. MOHAMMED ZAFARANCHI, CR22-122-JCC)* - 2